## NOTICE OF LIEN AND ASSIGNMENT

  Please be advised that we claim a lien upon any recovery herein for 35% or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

/s/ John Troy
John Troy
TROY LAW, PLLC
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
718 762 1324
718 762 1342 (fax)